**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-1062**

—————

DANIEL E. HEILY; WARREN HEILY; C.M. WELCH,

        Plaintiffs - Appellants,

       v.

WOODCREST PROPERTIES, (partnership); GENERAL PARTNER,
WOODCREST PROPERTIES; GVK VENTURES, (partnership); GENERAL
PARTNER GVK VENTURES; JAMES D TODD; HOUSTIN I TODD; V-K
PROPERTIES, INC.; PAUL P VAMES, President, V-K Properties,
Inc.; RUTH T EDWARDS, Secretary/Treasurer V-K Properties,
Inc.; STUANHOPE PROPERTIES, L.L.C.; V-K PROPERTIES OF
VIRGINIA, (partnership); GENERAL PARTNER, V-K Properties of
Virginia; SALLY VENT; ENGLEWOOD APARTMENTS,

        Defendants - Appellees.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief
District Judge.  (5:10-cv-00094-gec)

—————

Submitted: June 30, 2011        Decided: July 5, 2011

—————

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Daniel E. Heily; Warren Heily; C.M. Welch, Appellants Pro Se.
William Entenmann Shmidheiser, III, LENHART & OBENSHAIN, PC,
Harrisonburg, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel E. Heily, Warren Heily, and C.M. Welch appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Heily v. Woodcrest Properties</u>, No. 5:10-cv-00094-gec (W.D. Va. Dec. 16, 2010). We deny Appellants' motions to strike Appellees' brief and to recuse their attorney. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>